## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THERESA JAMES,                                    )
Parent and Next Friend of E.J., a minor           )
                                                  )
E.J.,                                             )
individually                                      )
                                                  )
        Plaintiffs,          )
                                                  )
        v.                   )    **Civil Case No. 12-376 (RJL)**
                                                  )
DISTRICT OF COLUMBIA                              )
                                                  )
        Defendant.           )

## ORDER
(June 9, 2013) (Dkts. ##10, 12)

For the reasons set forth in the Memorandum Opinion entered this ___ day of

June 2013, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment [Dkt. #12] is

**GRANTED**; and it is further

**ORDERED** that plaintiffs' Motion for Summary Judgment [Dkt. #10] is

**DENIED**; and it is further

1

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.


**SO ORDERED.**

RICHARD J. LEON
United States District Judge